IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
)
JUSTIN MICHAEL GIBBS ) Case No. 20-34775-KRH
) Chapter 13
Debtor )

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for his Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on December 4, 2020.

2. The Debtor has applied for and Basic Auto RVA has approved a loan to the Debtor in the amount of $21,260.37 plus interest at 16.75% per annum to be repaid with 72 equal monthly payments of $470.00 for the purchase of a 2020 Mitsubishi Outlander or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because he no longer has the 1994 Honda Accord and has been borrowing vehicles to travel to and from work and other matters. He needs a vehicle to travel to and from work and other matters.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate his ability to perform under his Chapter 13 Plan filed herein.

5. The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

JUSTIN MICHAEL GIBBS

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUSTIN MICHAEL GIBBS | ) | Case No. 20-34775-KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

**NOTICE OF MOTION**

The above Debtor has filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

  Clerk of Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, VA  23219

You must also mail a copy to:

  James E. Kane, Esquire
  Kane & Papa, P.C.
  1313 East Cary Street
  Richmond, Virginia  23219

- Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 9, 2021

JUSTIN MICHAEL GIBBS

By: /s/ James E. Kane
      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

```
Label Matrix for local noticing        UST smg Richmond                       United States Bankruptcy Court
0422-3                                  Office of the U. S. Trustee           701 East Broad Street
Case 20-34775-KRH                       701 East Broad St., Suite 4304        Richmond, VA 23219-1888
Eastern District of Virginia            Richmond, VA 23219-1849
Richmond
Tue Mar  9 12:22:14 EST 2021

AMCA                                    AR Resources, Inc.                    Ad Astra Recovery
P.O. Box 1235                           Attn: Bankruptcy                      7330 West 33rd Street North
Elmsford, NY 10523-0935                 Po Box 1056                           Suite 118
                                        Blue Bell, PA 19422-0287              Wichita, KS 67205-9370


Ashley Funding Services, LLC            AvanteUSA Ltd.                        Citibank
Resurgent Capital Services              Attn: Bankruptcy                      Citicorp Credit Srvs/Centralized Bk dept
PO Box 10587                            3600 South Gessner Road Ste 225       Po Box 790034
Greenville, SC 29603-0587               Houston, TX 77063-5357                St Louis, MO 63179-0034


Durham & Durham                         Eagle Atlantic Financial Svcs         Easy Check Cashing
5665 New Northside Drive                PO Box 27601                          2546 South Crators Road
Suite 510                               Salt Lake City, UT 84127-0601         Petersburg, VA 23805-2410
Atlanta, GA 30328-4649


Enhanced Recovery Company               First National Collection Bur.        First Source Advantage, LLC
P.O. Box 57547                          P.O. Box 1259                         7650 Magna Drive
Jacksonville, FL 32241-7547             Oaks, PA 19456-1259                   Belleville, IL 62223-3366


(p)FOCUS RECEIVABLES MANAGEMENT LLC     (p)GLASSER AND GLASSER  P L C         IC System
1130 NORTHCHASE PARKWAY STE 150         P O BOX 3400                          PO Box 64794
MARIETTA GA 30067-6429                  NORFOLK VA 23514-3400                 Saint Paul, MN 55164-0794


Internal Revenue Service                James River Cardiology                James River Cardiology
Centralized Insolvency Operati          2801 Boulevard, Suite D               445 Charles Dimmock Parkway
P. O. Box 7346                          Colonial Heights, VA 23834-2323       Suite 100
Philadelphia, PA 19101-7346                                                   Colonial Heights, VA 23834-2990


LCA Collections                         LVNV Funding, LLC                     LVNV Funding, LLC
P.O. 2240                               P.O. Box 10497                        Resurgent Capital Services
Burlington, NC 27216-2240               Greenville, SC 29603-0497             PO Box 10587
                                                                              Greenville, SC 29603-0587


Lab Corp                                Medical Data Systems Inc              Medical Revenue Service
PO Box 2240                             Attn: Bankruptcy Dept                 PO Box 1940
Burlington, NC 27216-2240               2001 9th Ave Ste 312                  Melbourne, FL 32902-1940
                                        Vero Beach, FL 32960-6413


Midwest Recovery Systems                Newsome Law Office                    Northland Group Inc
Attn: Bankruptcy                        324 S. Main Street                    P.O. Box 390846
Po Box 899                              Emporia, VA 23847-2028                Minneapolis, MN 55439-0846
Florissant, MO 63032-0899
```

| | | |
|---|---|---|
| PASI<br>PO Box 1022<br>Wixom, MI 48393-1022 | PMD<br>PO Box 3475<br>Toledo, OH 43607-0475 | Paramount Recovery<br>Attn: Bankruptcy<br>Po Box 23369<br>Waco, TX 76702-3369 |
| Petersburg Clinic Co.<br>PO Box 127<br>White Sulphur Springs, WV 24986-0127 | Petersburg Hospital Company LL<br>Southside Reg Med Ctr<br>324 S Main St<br>Emporia, VA 23847-2028 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Pivot Physical Therapy<br>PO Box 69030<br>Baltimore, MD 21264-9030 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Radiology Assoc of Richmond<br>PO Box 13343<br>Richmond, VA 23225-0343 | Radiology Assoc. of Richmond<br>PO Box 79923<br>Baltimore, MD 21279-0923 | Radius Global Solutions, LLC<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Pob 10497<br>Greenville, SC 29603-0497 | SCI<br>PO Box 85005<br>Richmond, VA 23285-5005 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Scott & Associates<br>1120 Metrocrest Dr.<br>Suite 100<br>Carrollton, TX 75006-5862 | Scott & Associates<br>P.O. Box 62999<br>Virginia Beach, VA 23466-2999 |
| Southside Regional Medical<br>PO Box 501128<br>Saint Louis, MO 63150-1128 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Terri Gibbs<br>27212 Flank Road<br>Petersburg, VA 23805-7016 |
| United Consumers Inc<br>Attn: Bankruptcy Dept<br>Po Box 4466<br>Woodbridge, VA 22194-4466 | Verizon<br>5000 Britton Parkway<br>Hilliard, OH 43026-9445 | Verizon<br>PO Box 3037<br>Bloomington, IL 61702-3037 |
| Virginia Emergecy Group<br>PO Box 935293<br>Atlanta, GA 31193-5293 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| Justin Michael Gibbs<br>27212 Flank Road<br>Petersburg, VA 23805-7016 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focus Receivables Management<br>1130 North Chase Pkwy Ste 150<br>Marietta, GA 30067-0000 | Glasser & Glasser<br>580 E. Main St.<br>Suite 600<br>Norfolk, VA 23510-0000 | Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>Po Box 361450<br>Indianapolis, IN 46236-0000 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502-0000 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-0000 |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     0
Total                  58